**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6492**

---

WALTER RAY BEASLEY,

Plaintiff - Appellant,

versus

PIEDMONT REGIONAL JAIL, Medical; EDWARD I.
GORDON, Doctor; MRS. PRICE; MRS. COOK; MRS.
GARRIOT; NURSE CHAFFIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-01-1811-AM)

---

Submitted:  May 16, 2002                Decided:  May 28, 2002

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Walter Ray Beasley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter Ray Beasley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Even considering Beasley's assertion on appeal that he received pain medication for only three days, he has not shown deliberate indifference to a serious medical need. Accordingly, we affirm on the reasoning of the district court. See Beasley v. Piedmont Regional Jail, No. CA-01-1811-AM (E.D. Va. Jan. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED